﻿Citation Nr: AXXXXXXXX
Decision Date: 11/29/19 Archive Date: 11/27/19

DOCKET NO. 190717-14457
DATE: November 29, 2019

ORDER

Service connection for soft tissue sarcoma is dismissed.

Service connection for peripheral neuropathy is dismissed.

Service connection for Hodgkins disease is dismissed.

FINDINGS OF FACT

1. An October 2018 rating decision denied service connection for soft tissue sarcoma.

2. An October 2018 rating decision denied service connection for peripheral neuropathy.

3. An October 2018 rating decision denied service connection for Hodgkins disease.

CONCLUSIONS OF LAW

1. The criteria for dismissal of an appeal due to lack of jurisdiction have been met with respect to the issue of entitlement to service connection for soft tissue sarcoma. 38 U.S.C. § 7105; 38 C.F.R. § 20.202.

2. The criteria for dismissal of an appeal due to lack of jurisdiction have been met with respect to the issue of entitlement to service connection peripheral neuropathy. 38 U.S.C. § 7105; 38 C.F.R. § 20.202.

3. The criteria for dismissal of an appeal due to lack of jurisdiction have been met with respect to the issue of entitlement to service connection Hodgkins disease. 38 U.S.C. § 7105; 38 C.F.R. § 20.202.

REASONS AND BASES FOR FINDINGS AND CONCLUSIONS

The Veteran served honorably on active duty in the United States Army from April 1971 through November 1972 and from May 1975 through May 1976.

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review.

In November 2018, the Veteran passed away. In April 2019, the Appellant filed his request for substitution, which was later granted by the Regional Office (RO). In July 2019, the Appellant filed a Notice of Disagreement and requested a direct review of his appeal by the Board. As a result, this matter comes before the Board of Veteran’s Appeals (Board) on appeal from an unspecified rating decision by the Department of Veterans Affairs (VA) Regional Office (RO). 

1. Service connection for soft tissue sarcoma is dismissed.

2. Service connection for peripheral neuropathy is dismissed.

3. Service connection for Hodgkins disease is dismissed.

The Board may dismiss any appeal that fails to allege a specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105; 38 C.F.R. § 20.202.

In July 2019, the Appellant requested a direct review of his appeal by the Board. In the July 2019 Notice of Disagreement, the Appellant noted the issues on appeal were: “The claim submitted August 2017” and “The claim submitted September 2018.” 

The 2017 issues the Appellant referenced in his Notice of Disagreement were subject to a March 2018 rating decision, decided under the higher-level review lane under Rapid Appeals Modernization Program (RAMP) and denied. The issues are beyond the one-year deadline to seek further review and the appeal is untimely. The Board therefore does not have jurisdiction to further review the contentions.

Further, a Notice of Disagreement must be properly completed on a form prescribed by the Secretary. If the agency of original jurisdiction decision addressed several issues, the Notice of Disagreement must identify the specific decision and issue or issues therein with which the claimant disagrees. 38 C.F.R. § 20.202.

Here, the Notice of Disagreement did not specify the date of the rating decision on appeal or the specific issues. The Appellant only noted “The claim submitted August 2017” and “The claim submitted September 2018” in the notice of disagreement. As such, under 38 C.F.R. § 20.202., the Board may dismiss any appeal which fails to identify the specific decision and issue or issues therein with which the claimant disagrees. 

Accordingly, the Board does not have jurisdiction to review these issues, as the Notice of Disagreement failed to identify the specific decisions and issue or issues therein with which the Appellant disagrees, and they are hereby dismissed.

 

 

Evan M. Deichert

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. Mouzakis, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.